UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
HENRIETTA D., NIDIA S., SIMONE A.,
EZZARD S., JOHN R., AND PEDRO R.,
on behalf of themselves and all others
similarly situated,
                Plaintiffs,

     – against –                                      CV-95-0641(SJ) (CP)

MICHAEL BLOOMBERG, as Mayor of the City of New     **ORDER TO SHOW CAUSE**
York, ROBERT DOAR, as Commissioner of the New York  **WITH TEMPORARY**
City Human Resources Administration, and ELIZABETH  **RESTRAINING ORDER**
R. BERLIN, as Executive Deputy Commissioner of the
New York Office of Temporary and Disability Assistance,
                Defendants.

------------------------------------X

      Upon reading the annexed Declaration of Armen H. Merjian, dated June 21, 2010, the exhibits annexed thereto, the accompanying Memorandum of Law in Support of Plaintiff's Motion for a Temporary Restraining Order and an Enforcement Order, and all pleadings and proceedings relevant to this action, it is hereby:

      ORDERED that defendants show cause before this Court in Room _____, 225 Cadman Plaza East, Brooklyn, New York 11201, on _____, 2010 at _____ o'clock in the _____ noon, or as soon thereafter as counsel can be heard, why an order should not be issued:

      1.    enjoining defendants, their officers, directors, principals, agents, servants, employees, successors, assigns, and all those acting in concert or participation with them, from violating the Court's final Order in this case by implementing their proposed plan to eliminate 248 HASA case manager and/or supervisor positions; and

2. enjoining defendants, their officers, directors, principals, agents, servants, employees, successors, assigns, and all those acting in concert or participation with them, from violating the mandatory case management ratios set forth in this Court's December 11, 2001 Order in the above-captioned action, whether by counting non-HASA case managers or supervisors in the ratio or otherwise; and

3. granting such other and further relief as this Court may deem just and proper; and it is further

ORDERED that, pending the hearing and determination of plaintiffs' motion, defendants are temporarily enjoined from implementing their proposed plan to eliminate 248 HASA case manager and/or supervisor positions and from violating the mandatory case management ratios set forth in this Court's December 11, 2001 Order in the above-captioned action, whether by counting non-HASA case managers or supervisors in the ratio or otherwise; and it is further

ORDERED that service of this Order and the papers upon which it is based be made on or before the _____ day of June, 2010, by delivering copies of such papers by hand to counsel for the defendants: the Attorney General, State of New York, 120 Broadway, New York, New York and Michael Cardozo, Corporation Counsel, City of New York, 100 Church Street, New York, New York, and that said service be deemed sufficient; and it is further

ORDERED that service of opposition papers, if any, be made on or before the _____ day of _____, 2010 by delivering copies thereof by hand on or before _____ __.m. to the office of Housing Works, Inc., 320 W. 13th Street, 4th Floor, New York, New York, Emery Celli Brinckerhoff & Abady, 75 Rockefeller Center, 20$_{th}$ Floor, New York, New York, and HIV Law Project, 15 Maiden Lane, New York, New York, attorneys for plaintiffs; and it is further

3

ORDERED that service of reply papers, if any, be made on or before the \_\_\_\_\_ day of _____, 2010 by delivering copies thereof by hand on or before _____ \_\_.m. to the offices of defendants' counsel.

SO ORDERED:

_____

U.S.D.J.