**Housing Works, Inc.**
320 West 13th Street, 4th Floor
New York, NY 10014
(212) 645-8111, ext. 4167
(212) 989-8660 (fax)

August 5, 2010

Via ECF

Hon. Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                Re:     Henrietta D. v. Giuliani, 95 CV 0641 (SJ) (CLP)

Dear Judge Pollak:

      Our attempts to establish a briefing schedule with counsel for Defendants on Plaintiffs' motion for attorneys' fees have failed. (Defendants do not believe Plaintiffs are entitled to fees, and will not agree to a briefing schedule.) We are therefore writing to request that Your Honor issue an order setting forth a briefing schedule for the motion; Defendants are free to raise any arguments or objections in their opposition.

      Given that August is a month of vacations for most, we request the following schedule:

Plaintiffs' motion and supporting papers shall be due on September 24, 2010.
Defendants' opposition shall be due on October 22, 2010.
Plaintiffs' reply shall be due on November 12, 2010.

      Thank you for your time and attention.

      Sincerely,

      /s/

      Armen H. Merjian

cc:    Janice Birnbaum, Esq. (by email)
       Robert Kraft, Esq. (by email)
       Matthew Brinckerhoff, Esq. (by email)
       Cynthia Knox, Esq. (by email)
       Virginia Shubert, Esq. (by email)

Request Granted.
/s/ Cheryl Pollak
SO ORDERED. U.S. Magistrate Judge
8/24/10