**Housing Works, Inc.**
**320 West 13th Street, 4th Floor**
**New York, NY 10014**
**(212) 645-8111, ext. 4167**
**(212) 989-8660 (fax)**

October 22, 2010

<u>Via ECF</u>

Hon. Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     <u>Henrietta D. v. Giuliani, 95 CV 0641 (SJ) (CLP)</u>

Dear Judge Pollak:

I am pleased to report that we have reached an agreement with the Defendants to settle the matter of attorneys' fees, obviating the need for a motion.

Ms. Birnbaum is currently out of the office on an urgent family matter, but as soon as she returns, we will hash out, finalize, and submit our stipulation of settlement.

Thank you for your time and attention.

Sincerely,

/s/

Armen H. Merjian

c:     Janice Birnbaum, Esq. (by email)
       Robert Kraft, Esq. (by email)
       Matthew Brinckerhoff, Esq. (by email)
       Cynthia Knox, Esq. (by email)
       Virginia Shubert, Esq. (by email)