UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

HENRIETTA D., NIDIA S., SIMONE A., EZZARD
S., JOHN R., AND PEDRO R., on behalf of
themselves and all others similarly situated,

|  |  |
|---|---|
| Plaintiffs, | **95 CV 0641 (SJ/CP)** |
| - against - | **STIPULATION AND ORDER** |

MICHAEL BLOOMBERG, Mayor of the City of
New York, ROBERT DOAR, Commissioner of the
New York City Human Resources Administration
and ELIZABETH R. BERLIN, Executive Deputy
Commissioner of the New York Office of
Temporary and Disability Assistance,

Defendants.

-------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiffs, plaintiffs'

counsel, and Defendant Michael Bloomberg, as Mayor of the City of New York ("City"), and

Defendant Robert Doar, as Commissioner of the City's Human Resources Administration that

they consent to have Magistrate Judge Cheryl Pollak "so order" the Stipulation and Order of

Settlement Regarding Payment of Counsel Fees, Costs and Disbursements, dated December 13,

2010, as if Magistrate Judge Pollak were the District Court Judge to whom the case has been

assigned, and that this consent is limited to so-ordering the annexed stipulation only.

Dated: New York, New York
        January 13, 2011

1

ATTORNEYS FOR PLAINTIFFS

                                        HOUSING WORKS, INC.

                                        By: _____
                                              Armen H. Merjian, Esq. (AM-3985)
                                              330 West 13th Street, 4th Floor
                                              New York, NY 10014
                                              (212) 645-8111, x4167

ATTORNEY FOR CITY DEFENDANTS

                                        MICHAEL A CARDOZO, Corporation Counsel
                                              of the City of New York

                                        By: _____
                                              Janice L. Birnbaum [JB-9538]
                                              Assistant Corporation Counsel
                                              100 Church Street
                                              New York, NY 10007
                                              (212) 513-7970

So Ordered:

Honorable Cheryl Pollak.
United States Magistrate Judge

Dated: _____

2